UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

In Re:                                                     Case No. 18-32921

Phointeda Perry
  *aka* Phointeda Yvetta Perry                       Chapter 13
  *aka* Phointeda Brown

Debtor.                                    Judge William R. Sawyer

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                          35-1
Last 4 Digits of Account Number:    2235

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 | c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |
| Phone:<br>Email: | Phone: 800.603.0836<br>Email: |
| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
| SN Servicing Corporation<br>PO Box 660820<br>Dallas, TX 75266 | c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |
| Phone:<br>Email: | Phone: 800.603.0836<br>Email: |

                                                      Respectfully Submitted

                                                      /s/ D. Anthony Sottile
                                                      D. Anthony Sottile
                                                      Authorized Agent for Creditor
                                                      Sottile & Barile, LLC
                                                      394 Wards Corner Road, Suite 180
                                                      Loveland, OH 45140
                                                      Phone: 513.444.4100
                                                      Email: bankruptcy@sottileandbarile.com

# CERTIFICATE OF SERVICE

I certify that on August 28, 2019, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Richard D. Shinbaum, Debtor's Counsel
rshinbaum@smclegal.com

Sabrina L. McKinney, Chapter 13 Trustee
trustee_office@ch13mdal.com

Office of the United States Trustee
(registeredaddress)@usdoj.gov

I further certify that on August 28, 2019, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Phointeda Perry, Debtor
4305 Amherst Drive
Montgomery, AL 36116

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com